UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Natasha M. Songonuga, Esq.
Alexander J. Andrews, Esq.
(*Pro Hac Vice* Admission Pending)
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 795-2121
Facsimile: (856) 795-0574
Email: spackman@archerlaw.com
        dleney@archerlaw.com
        nsongonuga@archerlaw.com
        aandrews@archerlaw.com

*Proposed Attorneys for Debtors*

**Order Filed on July 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

POOLIN TECHNOLOGY PTE. LTD., *et al.*,[1]

                    Debtors.

Case No. 26-18325-EJO

Chapter 11

(Joint Administration Requested)

## ORDER REGARDING APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) and four (4), is ORDERED.

**DATED: July 23, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Poolin Technology Pte. Ltd., a Singapore Private Limited Company; Lonestar Dream Inc. (5105); and Lonestar Taproot LLC (4118).  The location of the Debtors' service address for purposes of these Chapter 11 Cases is: c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884166, Lawrence, NJ 08648.

232294727 v4

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable _Eamonn J. O'Hagan_ in Courtroom # no. _2_ located at 402 East State Street, Trenton, New Jersey, Third Floor_____ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief | 7/27/2026 at 11:00 a.m. |
| 2. Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) the Continued Use of Existing Cash Management System, on a Limited Basis; (II) the Continued Interim Use of a PNC Operating Bank Account, Cryptocurrency Exchange Accounts, Ramp Credit Card Account and Business Forms; and (III) Granting Related Relief | 7/27/2026 at 11:00 a.m. |
| 3. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Pre-Petition Employee Obligations and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief | 7/27/2026 at 11:00 a.m. |
| 4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief | 7/27/2026 at 11:00 a.m. |
| 5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue, Renew, or Supplement Insurance Policies, (II) Authorizing the Debtors to Pay Insurance Premiums and Related Obligations Thereon, (III) Authorizing the Debtors to Continue Premium Financing Agreements, (IV) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (V) Related Relief. | 7/27/2026 at 11:00 a.m. |

232294727 v4

| 6. | Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting the Debtors' Utility Providers from Altering, Refusing, or Discontinuing Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Approving Procedures for Resolving Further Adequate Assurance Requests, and (IV) Granting Related Relief | 7/27/2026  at 11:00 a.m. |
|---|---|---|
| 7. | Debtors' Application for an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date | 7/27/2026  at 11:00 a.m. |
| 8. | Debtors' Motion for Entry of an Order (I) Designating Complex Chapter 11 Cases; (II) Establishing Certain Notice, Case Management, and Administrative Procedures; (III) Authorizing Service to Certain Parties by Email and Sms/Text Message; and (IV) Granting Related Relief | 7/27/2026  at 11:00 a.m. |
| 9. | Debtors' Application for an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date | 7/27/2026  at 11:00 a.m. |
| 10. | Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Archer & Greiner, P.C. as Bankruptcy Counsel Effective as of the Petition Date | 7/27/2026  at 11:00 a.m. |
| 11. | Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Dufrayne LLC as Chief Restructuring Officer Effective as of the Petition Date | 7/27/2026  at 11:00 a.m. |
| 12. | Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Dufrayne LLC as Investment Banker Effective as of the Petition Date | 7/27/2026  at 11:00 a.m. |
| 13. | Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Oon & Bazul LLC as Singapore Insolvency Counsel Effective as of the Petition Date | 7/27/2026  at 11:00 a.m. |
| 14. | Debtors' Application for Entry of an Order Authorizing the Employment and Retention of McCarn, Weir, & Sherwood P. C. as Oil, Mineral, and Gas Counsel Effective as of the Petition Date | 7/27/2026  at 11:00 a.m. |

3

232294727 v4

| 15. Debtors' Motion for Entry of an Order (I) Authorizing Redaction of Certain Personally Identifiable Information of Natural Persons; and (II) Granting Related Relief | 7/27/2026 at 11:00 a.m. |
|---|---|

IT IS FURTHER ORDERED that, unless the Court directs otherwise, service of this Order must be made under D.N.J. LBR 9013-5(f) or, **for cases designated as Chapter 11 Complex Cases, in accordance with the *General Order Governing Chapter 11 Complex Case Procedures*;** and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

**PLEASE BE ADVISED that parties wishing to appear remotely must request panelist status by sending an email to Judge O'Hagan's Chambers (chambers_of_ejo@njb.uscourts.gov) indicating the name of the person appearing, their email address, and whom they represent/ interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction.**

**Telephonic information for observation purposes will be posted on Judge O'Hagan's page on the Court's website prior to the hearing date. <u>The Judge's standing link will not be used.</u>**

*rev.8/1/2024*

4

232294727 v4