**AMENDED EXHIBIT A**
**TO TARBUSH ASSET PURCHASE AGREEMENT**

**PURCHASED ASSETS**

Asset Purchase Agreement (Tarbush)

EXHIBIT A

List of Assets To Be Acquired

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| F004 | Lonestar Taproot | Furniture & Fixtures | 08/21/2024 | 08/21/2024 | | Fucheng Huaying Integrated Housing CO. | Steel Mobile Home |
| F005 | Lonestar Taproot | Furniture & Fixtures | 08/21/2024 | 08/21/2024 | | Fucheng Huaying Integrated Housing CO. | Steel Mobile Home |
| V003 | Lonestar Dream | Vehicles Dream | 07/11/2023 | 08/01/2023 | Silverado | Ram Country Fort Stockton | 2015 Chevrolet White Silverado15 Serial #: 3GCPCREC0FG222815 |
| LI002 | Lonestar Taproot | Land Improvements | 06/01/2022 | 09/01/2022 | 25308Tarbu sh | All State Fence Company | 6'11 Gauge Chain Link Fence Installed with Three Strands of Barbed Wire Tarbush |
| LI004 | Lonestar Taproot | Land Improvements | 07/31/2022 | 09/01/2022 | 1001Tarbus h | Blue Bison Industrial Services, LLC | Water Line Project Contractors & Materials Tarbush |
| LI005 | Lonestar Taproot | Land Improvements | 05/05/2022 | 09/01/2022 | 522001 | Boland Field Services LLC | ROW Seeding |
| LI006 | Lonestar Taproot | Land Improvements | 07/22/2022 | 09/01/2022 | 51612Tarbu sh | Bullseye Field Services LLC | 100 Tons of River Rock Gravel Work |
| LI008 | Lonestar Taproot | Land Improvements | 12/31/2021 | 09/01/2022 | 2130-002 | Charis Engineering, LLC | Charis Engineering Civil, Mechanical, and Electrical Design |
| LI009 | Lonestar Taproot | Land Improvements | 08/31/2022 | 09/01/2022 | INV0024174 | DBR Land LLC | Damages Caliche Settlement Payment |
| LI012 | Lonestar Taproot | Land Improvements | 04/18/2022 | 09/01/2022 | Change Order 3 | Westwood Transport, LLC. | Add 80'x150x Pad with Ramps Tarbush |
| LI015 | Lonestar Taproot | Land Improvements | 07/01/2022 | 09/01/2022 | 1246 | Westwood Transport, LLC. | 50 Loads of Peagravel Delivery & Spread with Backhoe |
| LI016 | Lonestar Taproot | Land Improvements | 08/03/2023 | 09/01/2022 | 4529 | Chatos Aggregate Hauling, LLC | To Haul 25 Loads of Gravel Around the Antboxes GDA |
| LI017 | Lonestar Taproot | Land Improvements | 02/28/2022 | 09/01/2022 | 86442 & 86937 | DBR Engineering Consultants, Inc. | Engineering for Power Distribution & Connection from Company's Feeder Line to 72 Sets Mining System |
| BD008 | Lonestar Taproot | Land Improvements | 05/04/2022 | 09/01/2022 | Chge Order 4Tarbush | Westwood Transport, LLC. | 12 Lights Poles Tarbush |
| AIR140 | Lonestar Taproot | Land Improvements | 06/02/2022 | 09/01/2022 | 08Tarbush | West Tex Field Services, LLC | 12 Lights Poles & Sitting 22 Transformers |
| | | | | ***Intentionally left blank*** | | | |
| BD003 | Lonestar Taproot | Buildings | 03/31/2022 | 09/01/2022 | ICJE4 | Lonestar Dream Inc. | Chao Suan Tarbush Site 3D Model |
| TF002 | Lonestar Taproot | Transformers | 09/30/2021 | 09/01/2022 | YJ0001200004-20210920 | Jiangsu Huapeng Transformer Co., LTD. | Jiangsu Huapeng 193MVA, 3P, 60HZ |
| TF005 | Lonestar Taproot | Transformers | 01/25/2022 | 09/01/2022 | INV-85345 | Maddox Industrial Transformer | MT13797-S 500 kVA Padmount Transformer HV: 24940 GY 14400 LV: 480 Y 277 Not Installed |
| TF006 | Lonestar Taproot | Transformers | 01/25/2022 | 09/01/2022 | INV-85345 | Maddox Industrial Transformer | MT13799-S 500 kVA Padmount Transformer HV: 24940 Y 14400 LV: 208 Y 120 Installed in Tarbush Substation |
| TF007 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100145 Installed in Tarbush Substation |
| TF008 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100128 Installed in Tarbush Substation |
| TF009 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100119 Installed in Tarbush Substation |
| TF010 | Lonestar | Transformers | 08/14/202 | 09/01/202 | YJ0001200 | Jiangsu Huapeng | JSHP 24.94kV, 2.5MVA SN: |

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| | Taproot | | 1 | 2 | 003-20210728 | Transformer Co., LTD. | HPT003100131 Installed in Tarbush Substation |
| TF011 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100135 Installed in Tarbush Substation |
| TF012 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100124 Installed in Tarbush Substation |
| TF013 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100142 Installed in Tarbush Substation |
| TF014 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100122 Installed in Tarbush Substation |
| TF015 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100140 Installed in Tarbush Substation |
| TF016 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100146 Installed in Tarbush Substation |
| TF017 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100133 Installed in Tarbush Substation |
| TF018 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100144 Installed in Tarbush Substation |
| TF019 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100126 Installed in Tarbush Substation |
| TF020 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100139 Installed in Tarbush Substation |
| TF021 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100121 Installed in Tarbush Substation |
| TF022 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100136 Installed in Tarbush Substation |
| TF023 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100143 Installed in Tarbush Substation |
| TF024 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100127 Installed in Tarbush Substation |
| TF025 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100138 Installed in Tarbush Substation |
| TF026 | Lonestar Taproot | Transformers | 08/14/2021 | 09/01/2022 | YJ0001200003-20210728 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100129 Installed in Tarbush Substation |
| TF027 | Lonestar Taproot | Transformers | 09/20/2021 | 09/01/2022 | YJ0001200004-20210920 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100117 Installed in Tarbush Substation |
| TF028 | Lonestar Taproot | Transformers | 09/20/2021 | 09/01/2022 | YJ0001200004-20210920 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100130 Installed in Tarbush Substation |
| TF029 | Lonestar Taproot | Transformers | 09/20/2021 | 09/01/2022 | YJ0001200004-20210920 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100275 Installed in Tarbush Substation |
| TF030 | Lonestar Taproot | Transformers | 09/20/2021 | 09/01/2022 | YJ0001200004-20210920 | Jiangsu Huapeng Transformer Co., LTD. | JSHP 24.94kV, 2.5MVA SN: HPT003100111 Installed in Tarbush Substation |
| ST001 | Lonestar Taproot | Substations Infrastructure | Various | 09/01/2023 | | Priority Power Management LLC & Various | Tarbush Substation |
| CN019 | Lonestar | Computer & | 02/28/202 | 09/01/202 | INV0112&0 | CNO | Fiber & Cat6 Cable & SonicWall |

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| | Taproot | Network Equipment | 2 | 2 | 116 &117 | Technologies, LLC | Firewall |
| | | | | ***Intentionally left blank*** | | | |
| TM005 | Lonestar Dream | Tools, Machinery & Equipment | 05/09/2022 | 09/01/2022 | Order SP6734 | MotoBuys | TrailMaster Taurus 200GX Golf Cart |
| TM007 | Lonestar Taproot | Tools, Machinery & Equipment | 04/01/2022 | 09/01/2022 | TAPROOT001 | Coastal Power & Equipment | Atlas Copco QAS120 JDS Trailer Mounted Generator Serial HOP100994 |
| TM008 | Lonestar Taproot | Tools, Machinery & Equipment | 05/25/2022 | 09/01/2022 | 206725063-001 | United Rentals Power & HVAC | Compressor XAS185KD7 CFM Tier4 Serial #: 4500A1019FR051101 |
| V006 | Lonestar Taproot | Vehicles Taproot | 05/31/2022 | 09/01/2022 | 09-494694 | National Storage Tank, Inc. | Nationwide Trailers Look CP,CR,7X16 Yr: 2023 S/N: 53BMTEA25PR010746 |
| V008 | Lonestar Taproot | Vehicles Taproot | 02/28/2022 | 04/01/2022 | 338255 | Out West Feed & Supply | Kubota RTV-XG850WLH22 S/N: A5KH1PGNCNG030387 |
| V009 | Lonestar Taproot | Vehicles Taproot | 04/12/2022 | 09/01/2022 | 01-98181 | Ag. Equipment Inc. | Kubota RTV-XG850WGLA22 S/N: A5KH1PGNENG030288 |
| V011 | Lonestar Taproot | Vehicles Taproot | 04/22/2022 | 09/01/2022 | | Driscoll Motors | 2015 F350 Purchased from Driscoll Motors |
| HD052 | Lonestar Taproot | Cooling System - Hydro | 03/14/2022 | 09/01/2022 | 8100709193 | Tigerflow Systems, LLC | Tigerflow Systems Tigerflow VMS Pump in Tarbush Pump House |
| HD053 | Lonestar Taproot | Cooling System - Hydro | 03/14/2022 | 09/01/2022 | 8100709193 | Tigerflow Systems, LLC | Tigerflow Systems Tigerflow VMS Pump in Tarbush Pump House |
| HD054 | Lonestar Taproot | Cooling System - Hydro | 03/14/2022 | 09/01/2022 | 8100709193 | Tigerflow Systems, LLC | Tigerflow Systems Tigerflow VMS Pump in Tarbush Pump House |
| AIR029 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500755-6 Installed Tarbush A1 |
| AIR030 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500816-7 Installed Tarbush A2 |
| AIR031 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500689-0 Installed Tarbush A3 |
| AIR032 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500823-3 Installed Tarbush A4 |
| AIR033 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500686-3 Installed Tarbush A5 |
| AIR034 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500717-6 Installed Tarbush A6 |
| AIR035 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500719-7 Installed Tarbush A7 |
| AIR036 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500693-0 Installed Tarbush A8 |
| AIR037 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500720-0 Installed Tarbush A9 |
| AIR038 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500818-8 Installed Tarbush A10 |
| AIR039 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500289-4 Installed Tarbush A11 |
| AIR040 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500607-7 Installed Tarbush A12 |

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| AIR041 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500340-0 Installed Tarbush A13 |
| AIR042 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500345-8 Installed Tarbush A14 |
| AIR043 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500240-4 Installed Tarbush A15 |
| AIR044 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500531-6 Installed Tarbush A16 |
| AIR045 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500238-5 Installed Tarbush A17 |
| AIR046 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500278-6 Installed Tarbush A18 |
| AIR047 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500311-8 Installed Tarbush B1 |
| AIR048 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500251-2 Installed Tarbush B2 |
| AIR049 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500696-6 Installed Tarbush B3 |
| AIR050 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500347-9 Installed Tarbush B4 |
| AIR051 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500316-5 Installed Tarbush B5 |
| AIR052 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500335-5 Installed Tarbush B6 |
| AIR053 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500610-1 Installed Tarbush B7 |
| AIR054 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500379-8 Installed Tarbush B8 |
| AIR055 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500818-5 Installed Tarbush B9 |
| AIR056 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500655-0 Installed Tarbush B10 |
| AIR057 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500688-4 Installed Tarbush B11 |
| AIR058 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500694-5 Installed Tarbush B12 |
| AIR059 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500698-7 Installed Tarbush B13 |
| AIR060 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500642-0 Installed Tarbush B14 |
| AIR061 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500692-4 Installed Tarbush B15 |
| AIR062 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500317-0 Installed Tarbush B16 |

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| AIR063 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500638-0 Installed Tarbush B17 |
| AIR064 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500617-0 Installed Tarbush B18 |
| AIR065 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500257-5 Installed Tarbush C1 |
| AIR066 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500697-1 Installed Tarbush C2 |
| AIR067 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500815-1 Installed Tarbush C3 |
| AIR068 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500712-9 Installed Tarbush C4 |
| AIR069 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500613-8 Installed Tarbush C5 |
| AIR070 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500372-0 Installed Tarbush C6 |
| AIR071 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500606-1 Installed Tarbush C7 |
| AIR072 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500723-7 Installed Tarbush C8 |
| AIR073 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500822-8 Installed Tarbush C9 |
| AIR074 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500804-3 Installed Tarbush C10 |
| AIR075 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500369-5 Installed Tarbush C11 |
| AIR076 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500820-7 Installed Tarbush C12 |
| AIR077 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500614-3 Installed Tarbush C13 |
| AIR078 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500314-4 Installed Tarbush C14 |
| AIR079 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500260-0 Installed Tarbush C15 |
| AIR080 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500346-3 Installed Tarbush C16 |
| AIR081 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500620-4 Installed Tarbush C17 |
| AIR082 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500342-1 Installed Tarbush C18 |
| AIR083 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500338-1 Installed Tarbush D1 |
| AIR084 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500611-7 Installed Tarbush D2 |

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| AIR085 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500624-7 Installed Tarbush D3 |
| AIR086 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500341-6 Installed Tarbush D4 |
| AIR087 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500616-4 Installed Tarbush D5 |
| AIR088 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500824-9 Installed Tarbush D6 |
| AIR089 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500339-7 Installed Tarbush D7 |
| AIR090 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500628-8 Installed Tarbush D8 |
| AIR091 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500261-5 Installed Tarbush D9 |
| AIR092 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500295-5 Installed Tarbush D10 |
| AIR093 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500320-5 Installed Tarbush D11 |
| AIR094 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500623-0 Installed Tarbush D12 |
| AIR095 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500622-5 Installed Tarbush D13 |
| AIR096 | Lonestar Taproot | Cooling System - Air | 12/31/2021 | 09/01/2022 | 420211114001 | Bitmain | Air-Cooled Antbox N5 V2 x 100+30 Bitmain T04SJYX-25S4 BTMU 500603-5 Installed Tarbush D14 |
| AIR107 | Lonestar Taproot | Cooling System - Air | 04/18/2022 | 09/01/2022 | 3 | West Tex Field Services, LLC | Setup Antboxes & Connect to the Transformers |
| AIR110 | Lonestar Taproot | Cooling System - Air | 04/12/2022 | 09/01/2022 | 6019 | Elite Drillers Corporation | Tarbush Water Well - Drilling of Water Well and Pump Installation |
| AIR111 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank (hold & recycle water for water curtains that cool the miners) |
| AIR112 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR113 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR114 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR115 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR116 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR117 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR118 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR119 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR120 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR121 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR122 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR123 | Lonestar | Cooling System | 05/07/202 | 09/01/202 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| | Taproot | - Air | 2 | 2 | | | |
| AIR124 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR125 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR126 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR127 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR128 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR129 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR130 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR131 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR132 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR133 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR134 | Lonestar Taproot | Cooling System - Air | 05/07/2022 | 09/01/2022 | 100004 | Sims Plastics | 1000 Gal Low Pro Plmb Tank |
| AIR135 | Lonestar Taproot | Cooling System - Air | Various | 09/01/2023 | 4523 | Chatos Aggregate Hauling, LLC/ 51 Oilfield Services LLC | Water Pit GDA |
| AIR136 | Lonestar Taproot | Cooling System - Air | Various | 09/01/2023 | GDA | Bullseye Field Services LLC/Childs Corporation/IMG Foam Installation | Tarbush Site Modification GDA |
| AIR137 | Lonestar Taproot | Cooling System - Air | 07/03/2023 | 08/01/2023 | 1003 | Steady Arms Service LLC | Exhaust Fans System |
| AIR139 | Lonestar Taproot | Cooling System - Air | 04/01/2022 | 02/01/2022 | CapLbrRecls | Lonestar Dream Inc. | To Allocate Capitalized Labor to the Cooling Systems |
| CIP002 | Lonestar Taproot | Construction in Progress | 03/31/2022 | 09/01/2022 | PB50402 | JNL Steel Components, Inc | Building #4 Materials |
| CIP003 | Lonestar Taproot | Construction in Progress | 06/27/2022 | 09/01/2022 | 1192Tarbush | Westwood Transport, LLC. | Pad 1100'x25' for Immersion Buildings Tarbush |
| EL001 | Lonestar Taproot | Electrical Systems | 04/06/2022 | 09/01/2022 | #1 Mobalization | Ortiz Electric, LLC | Labor, material, subs & equipment Tarbush |
| EL002 | Lonestar Taproot | Electrical Systems | 05/01/2022 | 09/01/2022 | #2 | Ortiz Electric, LLC | UG Dondult Tarbush |
| EL003 | Lonestar Taproot | Electrical Systems | 05/01/2022 | 09/01/2022 | #2 | Ortiz Electric, LLC | Grounding Tarbush |
| EL004 | Lonestar Taproot | Electrical Systems | 05/19/2022 | 09/01/2022 | #3 Change Order 1 | Ortiz Electric, LLC | Labor-Equipment-Per Diem |
| EL005 | Lonestar Taproot | Electrical Systems | 05/25/2022 | 09/01/2022 | #7 Change Order 4 | Ortiz Electric, LLC | Lugs and mounting hardware for the XFMR secondary and ant box power landing point Tarbush |
| EL006 | Lonestar Taproot | Electrical Systems | 05/25/2022 | 09/01/2022 | #6 Change Order 3 | Ortiz Electric, LLC | Sitework, Civil, and UG Conduit Installation Tarbush |
| EL007 | Lonestar Taproot | Electrical Systems | 05/25/2022 | 09/01/2022 | #5 Change Order 2 | Ortiz Electric, LLC | Deadbreak Elbows Purchase and Installation Tarbush |
| EL008 | Lonestar Taproot | Electrical Systems | 05/31/2022 | 09/01/2022 | #4 | Ortiz Electric, LLC | Labor, material, subs & equipment Tarbush |
| EL009 | Lonestar Taproot | Electrical Systems | 06/10/2022 | 09/01/2022 | #8 | Ortiz Electric, LLC | Bi-Weekly Progress Billing (SOV004) Tarbush |
| EL010 | Lonestar Taproot | Electrical Systems | 06/10/2022 | 09/01/2022 | #9 | Ortiz Electric, LLC | Labor, Material, Subs & Equipment Tarbush |
| EL011 | Lonestar Taproot | Electrical Systems | 06/15/2022 | 09/01/2022 | #10 | Ortiz Electric, LLC | Tarbush Pump House & Power Circuits Installation |
| EL012 | Lonestar Taproot | Electrical Systems | 06/27/2022 | 09/01/2022 | #11 | Ortiz Electric, LLC | Labor, Material, Subs & Equipment Tarbush |

| Asset # | Entity | GL Account | Invoice Date | Place in Srv | Doc Num | Vendor Name | Asset Description |
|---|---|---|---|---|---|---|---|
| EL013 | Lonestar Taproot | Electrical Systems | 07/12/2022 | 09/01/2022 | Change Order 9 | Ortiz Electric, LLC | Unused Material Credit Tarbush |
| EL014 | Lonestar Taproot | Electrical Systems | 07/19/2022 | 09/01/2022 | Change Order #7 | Ortiz Electric, LLC | 228ea-2H 600 MCM Aluminum Lugs & 60ea-1H 600MCM Mechanical Lugs Tarbush |
| EL015 | Lonestar Taproot | Electrical Systems | 07/25/2022 | 09/01/2022 | #16 | Ortiz Electric, LLC | Labor, Material, Subs & Equipment Tarbush |
| EL016 | Lonestar Taproot | Electrical Systems | 07/25/2022 | 09/01/2022 | #14 | Ortiz Electric, LLC | T&M 7/7/22 - 7/13/22 |
| EL017 | Lonestar Taproot | Electrical Systems | 07/26/2022 | 09/01/2022 | #13 | Ortiz Electric, LLC | Labor, Material & Equipment Tarbush |
| EL018 | Lonestar Taproot | Electrical Systems | 08/11/2022 | 09/01/2022 | #17 | Ortiz Electric, LLC | Time and Materials for Week Ending 7/25/22 & 8/5/22 |
| EL019 | Lonestar Taproot | Electrical Systems | 08/16/2022 | 09/01/2022 | #18 | Ortiz Electric, LLC | Time and Materials for Week Ending 8/8/22 & 8/12/22 |
| EL020 | Lonestar Taproot | Electrical Systems | 08/31/2022 | 09/01/2022 | #19 | Ortiz Electric, LLC | Progress Billing SOV #8 |
| EL021 | Lonestar Taproot | Electrical Systems | 08/31/2022 | 09/01/2022 | #20 | Ortiz Electric, LLC | Time and Materials for Week Ending 8/21/22 & 8/28/22 |
| EL022 | Lonestar Taproot | Electrical Systems | 08/31/2022 | 09/01/2022 | #21 | Ortiz Electric, LLC | Change Order - Material Reimbursement |
| EL023 | Lonestar Taproot | Electrical Systems | 07/21/2023 | 08/01/2023 | 24488 | KTX Electric LLC | Meter Installation GDA |
| EL024 | Lonestar Taproot | Electrical Systems | 12/04/2024 | 01/01/2025 | | THI Energy Consultants, LLC | Electrical Upgrade |
| CT002 | Lonestar Taproot | Containers | 03/31/2023 | 04/01/2023 | TMPShanghaiIde | Shanghai Ide Industrial Co., Ltd | 20 Ft Container GESU 3596639 |