UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov
         rachel.wolf@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Poolin Technology PTE. LTD,** *et al.,* | : | Case No. 26-18325 (EJO) |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective August 11, 2026, the below listed creditors to the Official Committee of Unsecured Creditors in the above-captioned cases:

1. **Chang Qichen,** an individual creditor, Email: downey0717@gmail.com

2. **Hua Ruo Ping,** an individual creditor, Email: firsthrp@gmail.com

3. **Qi Su,** an individual creditor, Email: jiaxx1113@gmail.com

4. **Yuan Song,** an individual creditor, Email: allensong1982@outlook.com

5. **Zhang HongXing,** an individual creditor, Email: Rob@snowball.io

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Poolin Technology Pte. Ltd., a Singapore Private Limited Company; Lonestar Dream Inc. (5105); and Lonestar Taproot LLC (4118). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884166, Lawrence, NJ 08648.

**Page 2**
**Poolin Technology PTE. LTD,** *et al.*
**Appointment of Official Committee of Unsecured Creditors**

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

Jeffrey M. Sponder
Trial Attorney

Rachel Wolf
Trial Attorney

Date: August 12, 2026