UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ARCHER & GREINER, P.C.**
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Natasha M. Songonuga, Esq.
Alexander J. Andrews, Esq. (admitted *PHV*)
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 795-2121
Facsimile: (856) 795-0574
Email: spackman@archerlaw.com
        dleney@archerlaw.com
        nsongonuga@archerlaw.com
        aandrews@archerlaw.com

*Proposed Attorneys for Debtors*

In re:

POOLIN TECHNOLOGY PTE. LTD., *et al.*[1]

        Debtors.

Case No. 26-18325 (EJO)

Chapter 11

(Jointly Administered)

Judge: Eamonn J. O'Hagan

**Hearing Date: August 14, 2026**

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## TO BE HEARD ON AUGUST 14, 2026 AT 11:00 AM (EASTERN TIME)

| Date and Time: | **August 14, 2026 at 11:00 a.m. (prevailing eastern time)** |
|---|---|
| Location of Hearing | **Hybrid hearing: via Zoom or in person at:**<br><br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, N.J. 08608<br>Courtroom #2 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Poolin Technology Pte. Ltd., a Singapore Private Limited Company; Lonestar Dream Inc. (5105); and Lonestar Taproot LLC (4118). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884166, Lawrence, NJ 08648.

232557746 v1

**PLEASE TAKE NOTICE** that the First-Day Hearings below are currently scheduled to be heard on **August 14, 2026 at 11:00 a.m. (prevailing eastern time)** before the Honorable Eamonn J. O'Hagan. The First Day Hearings will be "hybrid" hearings, meaning they will be conducted both via Zoom and in-person. Parties wishing to appear remotely must register with the Court by submitting an e-mail to Hon. O'Hagan's Chambers (chambers_of_ejo@njb.uscourts.gov) indicating the name of the person appearing, their email address, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Parties wishing to observe telephonically can use the following dial-in information. Telephonic information for observational purposes is also available on Hon. O'Hagan's page on the Court's website: https://www.njb.uscourts.gov/content/honorable-eamonn-ohagan. **The Judge's standing link will not be used.**

To listen by telephone dial (for higher quality, dial a number based on your current location):

+1 669 254 5252 US (San Jose)

+1 646 828 7666 US (New York)

+1 646 964 1167 US (US Spanish Line)

+1 415 449 4000 US (US Spanish Line)

+1 551 285 1373 US (New Jersey)

+1 669 216 1590 US (San Jose)

Webinar ID: 165 580 3320

Passcode: 782240

## I.   PROFESSIONAL RETENTION APPLICATIONS

1. *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Archer & Greiner, P.C. as Bankruptcy Counsel Effective as of the Petition Date* [Docket No. 14]

Response Deadline: August 12, 2026

2

Responses/Replies Received: None. Informal comments from United States Trustee

("UST") received and resolved. Revised form of order to be submitted.

Related Documents:

A. *Declaration of Michael DuFrayne in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 2]

B. *Adjournment Request re: Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Archer & Greiner, P.C. as Bankruptcy Counsel Effective as of the Petition Date* [Docket No. 37]

C. *Certificate of Service* [Docket No. 43]

D. *Declaration of Michael DuFrayne in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Archer & Greiner, P.C. as Bankruptcy Counsel Effective as of the Petition Date* [Docket No. 90]

E. *Supplemental Certification of Stephen M. Packman in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Archer & Greiner, P.C. as Bankruptcy Counsel Effective as of the Petition Date* [Docket No. 91]

F. *Certificate of Service* [Docket No. 111]

Status: This matter is going forward.

2. *Debtors' Amended Application for Entry of an Order Authorizing the Employment and Retention of DuFrayne LLC as Crisis Managers and Michael DuFrayne as Chief Restructuring Officer Effective as of the Petition Date* [Docket No. 79]

Response Deadline: August 12, 2026

Responses/Replies Received: None. Informal comments from UST received and resolved.

Revised form of order to be submitted.

Related Documents:

A. *Declaration of Michael DuFrayne in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 2]

B. *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of DuFrayne LLC as Chief Restructuring Officer Effective as of the Petition Date* [Docket No. 15]

3

C. *Adjournment Request re: Debtors' Application for Entry of an Order Authorizing the Employment and Retention of DuFrayne LLC as Chief Restructuring Officer Effective as of the Petition Date* [Docket No. 41]

D. *Certificate of Service* [Docket No. 43]

E. *Notice of Filing of Revised Form of Proposed Order Authorizing the Employment and Retention of DuFrayne LLC as Crisis Managers and Michael DuFrayne as Chief Restructuring Officer Effective as of the Petition Date* [Docket No. 96]

F. *Certificate of Service* [Docket No. 107]

Status: This matter is going forward.

3. *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Oon & Bazul LLC as Singapore Insolvency Counsel Effective as of the Petition Date* [Docket No. 17]

Response Deadline: August 12, 2026

Responses/Replies Received: None. Informal comments from UST received and resolved.

Revised form of order to be submitted.

Related Documents:

A. *Declaration of Michael DuFrayne in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 2]

B. *Adjournment Request re: Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Oon & Bazul LLC as Singapore Insolvency Counsel Effective as of the Petition Date* [Docket No. 38]

C. *Certificate of Service* [Docket No. 43]

D. *Declaration of Michael DuFrayne in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Oon & Bazul LLC as Singapore Restructuring and Insolvency Counsel Effective as of the Petition Date* [Docket No. 92]

E. Supplemental Declaration of Keith Han in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Oon & Bazul LLC as Singapore Insolvency Counsel Effective as of the Petition Date [Docket No. 93]

F. *Certificate of Service* [Docket No. 111]

Status: This matter is going forward.

4

232557746 v1

4. *Debtors' Amended Application for an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date* [Docket No. 36]

Response Deadline: August 12, 2026

Responses/Replies Received: None. Informal comments from UST received and resolved.

Revised form of order to be submitted.

Related Documents:

A. *Declaration of Michael DuFrayne in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No.* 2]

B. *Debtors' Application for an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date* [Docket No. 19]

C. *Adjournment Request re: Debtors' Application for an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date* [Docket No. 39]

D. *Certificate of Service* [Docket No. 43]

Status: This matter is going forward.

5. *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of McCarn, Weir, & Sherwood P.C. as Oil, Gas, and Mineral Counsel Effective as of the Petition Date* [Docket No. 24]

Response Deadline: August 12, 2026

Responses/Replies Received: None. Informal comments from UST received and resolved.

Revised form of order to be submitted.

Related Documents:

A. *Declaration of Michael DuFrayne in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 2]

B. *Adjournment Request re: Debtors' Application for Entry of an Order Authorizing the Employment and Retention of McCarn, Weir, & Sherwood P.C. as Oil, Gas, and Mineral Counsel Effective as of the Petition Date* [Docket No. 42]

C. *Certificate of Service* [Docket No. 43]

5

D. *Declaration of Michael DuFrayne in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of McCarn, Weir, & Sherwood P.C. as Oil, Gas, and Mineral Counsel Effective as of the Petition Date* [Docket No. 94]

E. *Supplemental Declaration of Patrick S. Weir in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of McCarn, Weir, & Sherwood P.C. as Oil, Gas, and Mineral Counsel Effective as of the Petition Date* [Docket No. 95]

F. *Certificate of Service* [Docket No. 111]

Status: This matter is going forward.

## II.    OTHER MATTERS

6. *Notice and Debtors' Motion for Entry of an Administrative Fee Order (I) Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court, and (II) Granting Relief* [Docket No. 25]

   Response Deadline: August 7, 2026

   Responses/Replies Received: None. Informal comments from UST received and resolved.

   Revised form of order to be submitted.

   Related Documents:

   A. *Declaration of Michael DuFrayne in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 2]

   B. *Application for Order Shortening Time* [Docket No. 35]

   C. *Certificate of Service* [Docket No. 43]

   D. *Order Shortening Time Period for Notice, Setting Hearing, and Limiting Notice* [Docket No. 47]

   Status: This matter is going forward with permission of the Court.

7. *Debtors' Amended Motion for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Designate the Stalking Horse Bidder, (C) Scheduling an Auction and a Hearing on the Approval of the Sale of Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreements, (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances, (B) Approving the Assumption and*

6

*Assignment of the Potentially Assigned Contracts, and (C) Granting Related Relief* [Docket No. 30]

Response Deadline: August 7, 2026

Responses/Replies Received:

A. *Letter Objection on behalf of Lin Liang* [Docket No. 98]

B. *Joinder and Reservation of Rights of Xian Xing Liu and Hua Yuan Chen to Objection of Lin Liang* [Docket No. 99]

C. *Debtors' Reply in Support of the Bidding Procedures Motion and in Response to the Objection of Lin Liang* [Docket No. 105]

D. *Informal Objection of DBR Land, LLC; Resolved subject entry of proposed 9019 Order submitted.*

Related Documents:

A. *Declaration of Michael DuFrayne in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 2]

B. *Debtors' Motion for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Designate the Stalking Horse Bidder, (C) Scheduling an Auction and a Hearing on the Approval of the Sale of Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter into the Purchase Agreements, (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances, (B) Approving the Assumption and Assignment of the Potentially Assigned Contracts, and (C) Granting Related Relief* [Docket No. 12]

C. *Application for Order Shortening Time* [Docket No. 13]

D. *Order Shortening Time Period for Notice, Setting Hearing, and Limiting Notice* [Docket No. 46]

E. *Certificate of Service* [Docket No. 43]

F. *Amended Exhibit A to Tarbush Asset Purchase Agreement* [Docket No. 78]

G. *Amended Exhibits to Asset Purchase Agreements* [Docket No. 100]

Status: Contested. This matter is going forward with permission of the Court.

8. Scheduling of *Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) filed on behalf of Lin Liang* [Docket No.103].

   <u>Status</u>: This matter is going forward with permission of the Court.


Dated: August 13, 2026                          **ARCHER & GREINER, P.C.**

                                     */s/ Stephen M. Packman*
                                       Stephen M. Packman, Esq.
                                       Douglas G. Leney, Esq.
                                       Natasha M. Songonuga, Esq.
                                       Alexander J. Andrews, Esq.[2]
                                       1025 Laurel Oak Road
                                       Voorhees, NJ 08043
                                       Telephone: (856) 795-2121
                                       Facsimile: (856) 795-0574
                                       spackman@archerlaw.com
                                       dleney@archerlaw.com
                                       nsongonuga@archerlaw.com
                                       aandrews@archerlaw.com

                                       *Proposed Counsel to the Debtors*

---

[2] *Pro Hac Vice* admission pending.

232557746 v1