Order Filed on August 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**


**ARCHER & GREINER, P.C.**
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Natasha M. Songonuga, Esq.
Alexander J. Andrews, Esq. (Admitted *PHV*)
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 795-2121
Facsimile: (856) 795-0574
Email: spackman@archerlaw.com
dleney@archerlaw.com
nsongonuga@archerlaw.com
aandrews@archerlaw.com

*Attorneys for Debtors*


| In re: POOLIN TECHNOLOGY PTE. LTD., *et al.*,[1] Debtors. | Chapter 11<br>Case No. 26-18325 (EJO)<br>(Jointly Administered)<br>Judge: Eamonn J. O'Hagan<br>**Hearing Date: Shortened Notice Requested** |
|---|---|

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING, AND LIMITING NOTICE**

The relief set forth on the following pages two (2) through four (4) is hereby

**ORDERED**.

**DATED: August 17, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Poolin Technology Pte. Ltd., a Singapore Private Limited Company; Lonestar Dream Inc. (5105); and Lonestar Taproot LLC (4118). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884166, Lawrence, NJ 08648.

Debtor(s): Poolin Technology PTE. Ltd., et al.
Case No(s).: 26-18325
Caption of Order: *Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice*

After review of the application of Poolin Technology PTE. Ltd. ("Poolin") and its affiliated debtors and debtors-in-possession, Lonestar Dream Inc. ("LSD"), and Lonestar Taproot LLC ("LST", and collectively, the "Debtors" or Movants") for a reduction of time for a hearing on Movant's *Motion Pursuant to Fed. R. Bankr. P. 9109 Approving the Stipulation and Agreed Order Regarding the Objection of DBR Land LLC to Debtors' Amended Bidding Procedures Motion* (the "Motion"),[2] it is ORDERED as follows:

1. A hearing will be conducted on the Motion on **August 20, 2026 at 11:00AM** in-person and remote proceeding before the Honorable Eamonn J. O'Hagan.

2. The Movants must serve a copy of this Order, the Motion, and all related documents on the following parties: the above-captioned Debtors; Debtors' counsel; the Office of the United States Trustee for the District of New Jersey Attn: Jeffrey M. Sponder; counsel for any Committee appointed in these Cases; the Professionals; the Internal Revenue Service; counsel for the Stalking Horse Purchasers; and any other party entitled to notice pursuant to Bankruptcy Rule 2002 and Local Rule 9013-5

By ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail where electronic service is unavailable, ☐ regular mail, ☒ email, ☐ hand delivery

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

3. The Movants must also serve a copy of this Order, the Motion, and all related documents, on the following parties: ______________________________________________

______________________________________________________________________

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within __________ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to __________________________________

☐ on the same day as the date of this Order, or

☐ within _________ day(s) of the date of this Order.

6. A Certification of Service must be filed prior to the hearing date.

7. Any objections to the Motion:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _________ day(s) prior to the scheduled hearing; or

☒ may be presented at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

Debtor(s): Poolin Technology PTE. Ltd., et al.
Case No(s).: 26-18325
Caption of Order: *Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice*

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.