UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ARCHER & GREINER, P.C.**
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Natasha M. Songonuga, Esq.
Alexander J. Andrews, Esq.
(Admitted *Pro Hac Vice*)
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 795-2121
Facsimile: (856) 795-0574
Email: spackman@archerlaw.com
dleney@archerlaw.com
nsongonuga@archerlaw.com
aandrews@archerlaw.com

*Attorneys for the Debtors*

In re:

POOLIN TECHNOLOGY PTE. LTD., *et al.*,[1]

Debtors.

Case No. 26-18325 (EJO)

Chapter 11

(Jointly Administered)

Judge: Eamonn J. O'Hagan

**AMENDED NOTICE OF AUCTION RESULTS**
**(WINNING BIDDER AND BACKUP BIDDERS)**

**PLEASE TAKE NOTICE** that on July 22, 2026 (the "Petition Date"), the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Cases" or the "Chapter 11 Cases"), filed with the United States Bankruptcy Court for the District of New Jersey (the "Court") the *Debtors' Motion for Entry of (I) an Order (A) Approving Certain Bidding*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Poolin Technology Pte. Ltd., a Singapore Private Limited Company; Lonestar Dream Inc. (5105); and Lonestar Taproot LLC (4118). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884166, Lawrence, NJ 08648.

*Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Designate the Stalking Horse Bidder, (C) Scheduling an Auction and a Hearing on the Approval of the Sale of Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter into the Purchase Agreements, (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances*, *(B) Approving the Assumption and Assignment of the Potentially Assigned Contracts, and (C) Granting Related Relief* [ECF No. 12] (the "Sale Motion")[2] seeking, among other things, entry of (a) an order (i) approving certain bidding procedures (the "Bidding Procedures") to be used in connection with the Sale of substantially all of the Debtors' assets; (ii) scheduling an auction (the "Auction") and approving the form and manner of notice thereof, (iii) approving assumption and assignment procedures for the assumption and assignment by the Debtors of certain executory contracts and unexpired leases (the "Assumption and Assignment Procedures"), and (iv) scheduling a sale hearing (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** On August 17, 2026, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Designate the Stalking Horse Bidder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Procedures for the Assumption and Assignment of or Rejection of Designated Executory Contracts and Unexpired Leases, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI)*

---

2 *See also*, Amended Sale Motion [Docket No. 30].

*Granting Related Relief* [Docket No. 138] (the "Bid Procedures Order"),[3] which, among other things, approved the Bidding Procedures.[4]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures and in accordance with the Bid Procedures Order, on August 19, 2026, the Debtors served a *Notice of Sale by Auction and Sale Hearing* [Docket No. 148] (the "Auction Notice") whereby the Debtors provided notice of the Auction taking place on September 10, 2026, at 10:00 a.m. (EST).

**PLEASE TAKE FURTHER NOTICE** that following the marketing and competitive bidding process established under the Bidding Procedures, the Debtors received multiple Qualified Bids for the Assets, including bids for the Pyote Assets and the Tarbush Assets individually and bids for all or substantially all of the "Assets" as a whole, and, therefore, on September 10, 2026, at 10:00 a.m. (EST), the Debtors held the Auction both virtually and at the offices of Archer & Greiner P.C., 1025 Laurel Oak Road, Voorhees, NJ 08043.

**PLEASE TAKE FURTHER NOTICE** that a bid submitted by Hut8 Corp. for cash and other consideration in the amount of $140,000,000 is hereby designated as the "Winning Bid."

**PLEASE TAKE FURTHER NOTICE** that the Winning Bid remains subject to, inter alia, the execution of certain Asset Purchase Agreements by the Winning Bidder and Seller and the conditions to closing therein and entry of a sale approval order by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures and in accordance with the Bid Procedures Order, a hearing to consider approval of the Sale to the Winning Bidder and the terms of the subject Asset Purchase Agreements will be held on

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order or the Bidding Procedures, as applicable. To the extent that there is any inconsistency between any summary in this Notice and the terms and conditions of either of the Bidding Procedures or the Bid Procedures Order, the actual terms and conditions in those documents shall control.

[4] The approved Bidding Procedures are attached as **Exhibit A** to the Bid Procedures Order.

**September 29, 2026 at 11:00 a.m. (Eastern Time)** before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Court for the District of New Jersey, 402 E. State Street, Third Floor, Trenton, NJ 08608. At the Sale Hearing, the Debtors will seek entry of an order authorizing and approving the Sale to the Winning Bidder pursuant to the Asset Purchase Agreements.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures and in accordance with the Bid Procedures Order, any Sale Objection, including any objection to the sale of the Assets free and clear of all liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code or to the entry of the Sale Order, must: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) state, with specificity, the legal and factual bases thereof and include any appropriate documentation in support thereof; and (iv) be filed with the Court and served on the Objection Notice Parties so as to be received no later than the Sale Objection Deadline, which is **September 25, 2026 at midnight (Eastern Time)**. The Objection Notice Parties are: (a) counsel to the Debtors (Stephen M. Packman, spackman@archerlaw.com; Alexander J. Andrews, aandrews@archerlaw.com); (b) the Office of the United States Trustee for the District of New Jersey (Jeffrey M. Sponder, Jeffrey.M.Sponder@usdoj.gov); (c) counsel for the Winning Bidder (Andrew M. Carty, acarty@brownrudnick.com); (d) counsel for the Committee (Bradford J. Sandler, bsandler@pszjlaw.com); and (e) counsel for the Back-Up Bidders (identified below) (Pyote: Ilana Volkov, ivolkov@mcgrailbensinger.com) (Tarbush: Robert E. Grossman, REGrossman@duanemorris.com). Any party that fails to timely file and serve a Sale Objection on or before the Sale Objection Deadline in accordance with the Bid Procedures Order shall be forever barred from asserting, at the Sale Hearing or thereafter, any objection to the relief requested by the Debtors or to the consummation and performance of the Sale, including the transfer of the Assets to the Winning Bidder free and clear of all liens, claims, interests, and

encumbrances pursuant to section 363(f) of the Bankruptcy Code, and shall be deemed to have consented to the Sale for purposes of section 363(f) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that on September 3, 2026, the Debtors filed with the Court and served the *Notice of Proposed Order Approving Sale* [Docket No. 199], attaching the proposed form of *Order (I) Authorizing the Debtors to Enter Into and Perform Under the [Winning Bidder] Asset Purchase Agreements, (II) Approving the Sale of the Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Authorizing the Assumption and Assignment of the Assigned Contracts to [Winning Bidder] and Establishing Cure Amounts Related Thereto in Accordance With the Assumption and Assignment Procedures, and (IV) Granting Related Relief* (the "Proposed Sale Order"). The Proposed Sale Order remains subject to modification, revision, and supplementation,  and any changes made at or in connection with the Sale Hearing, at which the Debtors will seek entry of the Sale Order, as it may be revised.

**PLEASE TAKE FURTHER NOTICE** that in connection with the Sale to the Winning Bidder, the Debtors will assume and assign to the Winning Bidder, the Assigned Contracts consist of the following:

| Non-Debtor Party(s) | Contract | Cure Amount |
|---|---|---|
| FiberLight, LLC | FiberLight contract for Dedicated Internet Access Product Order No. OPP-170487-066778 and OPP-170487-066779 | $0 |
| Manning Minerals, LLC | Option Assignment Agreement dated June 11, 2026, between Lonestar Dream, Inc and Lonestar Taproot LLC and Manning Minerals, LLC as subsequently amended pursuant to that certain Amendment to Option Assignment Agreement dated July 1, 2026 | $0 |
| Tejas Extreme Logistics LLC | Master Services Agreement between Lonestar Taproot LLC and Tejas Extreme Logistics dated effective 1/30/2026 | $0 |

**PLEASE TAKE FURTHER NOTICE** that the proposed cure amount for each Assigned Contract (each, a "Cure Amount"), together with the procedures, requirements, and deadline for objecting to the proposed assumption and assignment of the Assigned Contracts or to any Cure Amount, are set forth in the Bidding Procedures and the *Notice of Cure Amount and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets*, [Docket No. 149] (the "Cure Notice") filed on August 19, 2026, which the Debtors served in accordance with the Assumption and Assignment Procedures and the Bid Procedures Order. The Cure Notice, including the Cure Amounts set forth on Exhibit A thereto, is incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that any party that disagrees with the Debtors' proposed Cure Amount or objects to a proposed assumption and assignment of its applicable agreement on any basis, must file and serve a written objection in accordance with the Cure Notice, Bankruptcy Rules, Local Rules, and any order of the Court governing the administration of these Chapter 11 Cases no later than **September 25, 2026 at midnight (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the following is designated as the Back-Up Bidder(s):

| Lot/Assets | Party | Cash and Other Consideration |
|---|---|---|
| Pyote Assets Back-Up Bidder | Digipower X Inc. | $36,500,000 |
| Tarbush Assets Back-Up Bidder | Pecos Industrial Development, LLC (as designee of Fluidstack Ltd.) | $100,500,000 |

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in the Chapter 11 Cases, including, but not limited to, the Bid Procedures Order and all other sale related documents,

may be obtained (a) free of charge by visiting the Debtors' restructuring website at: https://www.veritaglobal.net/Poolin or (b) for a fee via PACER by visiting http://www.pacer.gov.

Dated: September 23, 2026

**ARCHER & GREINER, P.C.**

*/s/ Stephen M. Packman*
Stephen M. Packman, Esq.
Douglas G. Leney, Esq.
Natasha M. Songonuga, Esq.
Alexander J. Andrews, Esq.
(Admitted *Pro Hac Vice*)
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 795-2121
Facsimile: (856) 795-0574
Email: spackman@archerlaw.com
dleney@archerlaw.com
nsongonuga@archerlaw.com
aandrews@archerlaw.com

*Attorneys for the Debtors*