# EXHIBIT B

POOLIN BANKRUPTCY AUCTION RULES/ANNOUNCEMENTS

1. **Intro.** Mike introduces himself as the CRO of the Debtors and today's approved auctioneer.

2. This is the auction of bankruptcy assets of the Debtors LSD and LST in connection with the Chapter 11 Bankruptcy Proceedings of Poolin Technology PTE Ltd, and associated debtors pending in the US Bankruptcy Court for the District of New Jersey; Case No. 26-18325, Eamonn J. O'Hagan presiding. By submitting a bid, All bidders agree without condition to the Bid Procedures Order and Bid Procedures approved by the Bankruptcy Court on August 17, 2026, and to these rules/announcements. This auction is being memorialized in a transcript being taken by Golkow Court Reporters. We have taken an attendance sheet prior to the commencement of today's auction. Anyone joining the auction after its start must identify themselves to me so that we can add you to the attendance sheet. The auction will proceed today until completed but the Debtors, in consultation with the Committee, reserve the right to adjourn or continue the auction as they may determine.

3. **Explain the auction procedures**. The auction will be conducted on an open, continuing next highest bid basis until bidding has been completed and the highest bid and next highest back up bid have been confirmed by the offering bidders and accepted by the Debtors in consultation with the Committee. Once a bid has been submitted and accepted, it is irrevocable. Each party bidding must designate one person to bid and only that person shall be permitted to make a bid for that party. All bids must be presented verbally. There will be no sealed bids, written bids, silent bids or other private bidding considered. The Debtors and the Committee have the right at any time to ask for clarification of a bid. Bidders have the right to ask for clarification of a prior bid before offering a higher bid. Breaks will be taken during the auction by announcement. In the event the Debtors, Committee or any bidder requests a pause in the auction they shall do so by request to the auctioneer and state why the pause is needed. All bid parties, the Debtors, Committee have their own private online breakout rooms. This is an online auction and, as such, each bidder representative shall with each successive bid identify themselves and the name of the bidder they are offering the bid on behalf of prior to making the bid. If anyone has technical difficulties, please let the auctioneer know immediately so that Archer can address the issue. Archer will track and memorialize each successive bid for the auctioneer. The winning bidder must deposit with Archer (or other designated depository) 5% of the total bid amount, with credit received for its prior deposit amount, in accordance with the bid procedures.

4. All bidders, including the prevailing bidders and backup bidders agree to execute all required documentation in furtherance of their bids today and as may be required by the Debtors or Court in order to bid today and obtain confirmation and approval of their bid today, at the sale hearing and in furtherance of closing on the bid transaction. The Debtors, in consultation with the Committee reserve the right to review APAs, Exhibits, supporting submissions, markups and other related documents to a bid prior to permitting

bidding today and in connection with confirming and accepting any bid as a highest and best offer or a backup bid.

5. First the Pyote assets will be offered for sale consisting of the Purchased Assets as defined in the Pyote APA; next the Tarbush assets will be offered for sale consisting of the Purchased Assets as defined in the Tarbush APA, as amended by the first amendment. All bidders on Tarbush confirm by bidding that they agree to the First Amendment to the Tarbush APA, and the attached indemnity agreement without qualification. Next the Pyote and Tarbush assets will be offered on a combined basis to bidders who qualified to bid on both sets of assets. The Baseline Bid for the Pyote assets is $16,000,000; the Baseline Bid for the Tarbush Assets is $46,000,000. Bidding on the Pyote assets will start at $$16,250,000 and subsequent overbids must exceed the existing accepted bid by no less than $250,000 per bid. Bidding on the Tarbush assets will start at $$46,500,000 and subsequent overbids must exceed the existing bid by no less than $500,000 per bid. All bids must be in cash and in US dollars unless otherwise stated. Non-cash bid components or conditional bids, may be considered at the discretion of the Debtors, in consultation with the Committee. The value of non-cash bid component or conditional bid, must be fully explained by the bidder to the auctioneer so that the Debtors, Committee and other bidders have the opportunity to understand and evaluate that component of the bid.

6. Take a break to talk to me about whether we have all required documentation from each bidder to allow bidding to commence today.

7. Bidding on the Pyote assets will commence in a moment. Does anyone have any questions prior to the start of the auction. Hearing none, we will start the bidding on Pyote at $16,250,000.