**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler (N.J. Bar No. 009521996)
Robert J. Feinstein (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
scho@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Case No. 26-18325 (EJO) |
| POOLIN TECHNOLOGY PTE. LTD., *et a*l., | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Judge: Eamonn J. O'Hagan |

**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 13, 2026 THROUGH AUGUST 31, 2026**

The undersigned hereby certifies as follows:

1. On September 16, 2026, the *Monthly Fee Statement for Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for the Period August 13, 2026 through August 31, 2026* [Docket No. 220] (the "Application")[2] was filed with the Court.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Poolin Technology Pte. Ltd., a Singapore Private Limited Company; Lonestar Dream Inc. (5105); and Lonestar Taproot LLC (4118). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884166, Lawrence, NJ 08648.

[2] A capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Application.

2. Objections, if any, to the Application were required to have been filed with the Court on or before September 30, 2026 (the "Objection Deadline"). *See also Certificate of Service* [Docket No. 230].

3. The Objection Deadline has passed and no objection or responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

**PACHULSKI STANG ZIEHL & JONES LLP**

Dated: October 19, 2026

*/s/ Bradford J. Sandler*

Bradford J. Sandler, Esq.
Robert J. Feinstein (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice)*
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*